No. 04-00-00437-CV

In re Hugh Montgomery HAWTHORNE, IX, Heather Hawthorne Brook,

Hagan Hawthrone Seiple, and Hayley Monticia Hawthorne Sauer

Original Mandamus Proceeding

Arising from the Probate Court, Kerr County, Texas 


Trial Court No. 17,814

Honorable Frederick L. Henneke, Judge Presiding





PER CURIAM


Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Sarah Duncan, Justice


Delivered and Filed: August 2, 2000


PETITION FOR WRIT OF MANDAMUS DENIED


 On July 3, 2000, relator filed a petition for writ of mandamus. This court has determined that
relator is not entitled to the relief sought. Therefore, the petition is denied. Tex. R. App. P. 52.8(a).


 Relator shall pay all costs incurred in this proceeding.



 PER CURIAM



DO NOT PUBLISH